# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1304

_____

Bobby Dean Lewis,                    *

                    *

       Appellant,         *

                    *

     v.                *

                    *   Appeal from the United States

Danny Estes, in his individual and his  *   District Court for the
official capacity as Sheriff of       *   Western District of Missouri.
Nodaway County, Missouri; Tray     *
Pitts, in his individual capacity as   *
Deputy Sheriff; D. L. Merrill, Trooper,  *    **[UNPUBLISHED]**
in his individual capacity; David A.   *
Baird, Prosecuting Attorney for     *
Nodaway County, Missouri, in his    *
individual capacity; Roger Combs,   *
Circuit Judge for Nodaway County,  *
Missouri, in his individual capacity,  *

                    *

       Appellees.        *

_____

Submitted:  November 6, 2000
Filed:  November 8, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Bobby Dean Lewis appeals the district court's[1] 28 U.S.C. § 1915A dismissal of his 42 U.S.C. § 1983 action, in which he had sought a declaratory judgment against a judge, a prosecuting attorney, a sheriff, a deputy sheriff, and a state trooper.

Lewis argues this dismissal was erroneous because he paid his filing fee. We disagree. See 28 U.S.C. § 1915A (granting district court authority to review, before or immediately after docketing, all prisoners' civil complaints that seek redress from governmental entities, officers, or employees; court shall dismiss actions that are, inter alia, frivolous or malicious); Rowe v. Shake, 196 F.3d 778, 781 (7th Cir. 1999) (based on plain statutory language, "§ 1915A applies to all prisoners, no matter their fee status, who bring suit against a government entity, officer, or employee"); Carr v. Dvorin, 171 F.3d 115, 116 (2d Cir. 1999) (per curiam) (§ 1915A's screening procedure applies to all civil complaints filed by prisoners, regardless of payment of filing fee); McGore v. Wrigglesworth, 114 F.3d 601, 608 (6th Cir. 1997) (same).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE NANETTE K. LAUGHREY, United States District Judge for the Western District of Missouri.